RECEIVED
MAR 17 2022
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
|---|---|---|
| | * | 18 U.S.C. §§ 471, 2 |
| VERSUS | * | |
| | * | 6:22-cr-00063 |
| CREIG JACQUNEAUX (01) | * | Judge Joseph |
| JEFFREY WILSON (02) | * | Magistrate Judge Whitehurst |
| BEAU BERTRAND (03) | * | |

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

**Counterfeiting Obligations or Securities of the United States**
**[18 U.S.C. § 471]**

On or about December 6, 2021, in the Western District of Louisiana, the defendants, CREIG JACQUNEAUX, JEFFREY WILSON, and BEAU BERTRAND, each aiding, abetting, counseling, commanding, inducing, and procuring its commission, with intent to defraud, did falsely make and counterfeit obligations of the United States, that is, a Federal Reserve Note, including but not limited to the following:

| QUANTITY | DENOMINATION | SERIAL NUMBER |
|---|---|---|
| 1 | $20 | JF37892965C |
| 1 | $20 | MH78289623B |
| 1 | $20 | PH05184783A |
| 3 | $50 | MA15107705A |
| 3 | $50 | MK34496493A |
| 3 | $100 | LI21678064A |
| 3 | $100 | LJ34987974A |

| 2 | $100 | LF71854587C |
| --- | --- | --- |
| 2 | $100 | HF01744518C |
| 2 | $100 | FK36665413A |
| 1 | $100 | AB16851935D |
| 1 | $100 | PB53299623H |
| 1 | $100 | PF09564286C |
| 1 | $100 | FE75565731B |
| 1 | $100 | BB35227679B |
| 1 | $100 | FA65498731D |

all in violation of Title 18, United States Code, Section 471 and Section 2. [18 U.S.C. §§ 471, 2].

A TRUE BILL:

# REDACTED

GRAND JURY FOREPERSON

BRANDON B. BROWN
United States Attorney

*[signature]*

CRAIG R. BORDELON, II
La. Bar No. 34450
Assistant United States Attorney
Western District of Louisiana
800 Lafayette Street, Suite 2200
Lafayette, LA 70501-6832
Telephone: (337) 262-6618